## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-11269-RGK | Date | March 13, 2026 |
|---|---|---|---|
| Title | *In re Debtor Maria Elizabeth Montero Leon* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) Order to Show Cause Re: Brief Filing**

On November 24, 2025, Guillermo Montero ("Appellant") filed a Notice of Appeal of the Bankruptcy Court's order sanctioning Appellant and his attorney and dismissing an adversary proceeding. (ECF No. 1.) On January 28, 2026, the Court ordered the following briefing schedule: Appellant must file opening brief by February 18, 2026; Appellee must file responsive brief by March 4, 2026; and Appellant must file optional reply brief by March 11, 2026. (ECF No. 13.)

Since then, no appeal brief has been filed in this action. Accordingly, the Court **ORDERS Appellant TO SHOW CAUSE, in writing,** as to why the appeal should not be dismissed for failure to file an opening brief. Such a response shall not exceed **five pages** and must be submitted by **March 17, 2026.** Failure to respond to this Order may result in a dismissal of this appeal. *See* Fed. R. Bankr. P. 8018(a)(4) ("If an appellant fails to file a brief on time or within an extended time authorized under (a)(3), the district court or BAP may—on its own after notice or on the appellee's motion—dismiss the appeal.").

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer                    JRE/sh