**JS6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-11269-RGK | Date | March 18, 2026 |
|---|---|---|---|
| Title | *In re Debtor Maria Elizabeth Montero Leon* | | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) Order Re: Order to Show Cause Concerning Brief Filing**

On November 24, 2025, Guillermo Montero ("Appellant") filed a Notice of Appeal of the Bankruptcy Court's order sanctioning Appellant and his attorney and dismissing an adversary proceeding. (ECF No. 1.) On January 28, 2026, the Court ordered the following briefing schedule: Appellant must file opening brief by February 18, 2026; Appellee must file responsive brief by March 4, 2026; and Appellant must file optional reply brief by March 11, 2026. (ECF No. 13.)

Since then, no appeal brief has been filed in this action. On March 13, 2026, the Court ordered Appellant to show cause as to why the appeal should not be dismissed for failure to file an opening brief. (ECF No. 14.) Appellant did not respond by the deadline set by the Court. Accordingly, as no good cause has been shown, the Court **DISMISSES** the appeal. *See* Fed. R. Bankr. P. 8018(a)(4) ("If an appellant fails to file a brief on time or within an extended time authorized under (a)(3), the district court or BAP may—on its own after notice or on the appellee's motion—dismiss the appeal.").

**IT IS SO ORDERED.**

cc:    **2:23-BK-18404-WB**
       **2:25-AP-01308-WB**

_____ : _____

Initials of Preparer        JRE/sh